# In the United States District Court for the Southern District of Georgia
# Waycross Division

MOLLEY BALLAH,

    Petitioner,

v().

MICHAEL BRECKON, et al.,

    Respondents.

CV 5:23-013

## ORDER

Before the Court is Petitioner Molley Ballah's Notice of Voluntary Dismissal, dkt. no. 13, wherein he notifies the Court that he wishes to dismiss his claims against Respondents. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted against Respondents in this action are **DISMISSED without prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 14 day of March, 2023.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA